UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUCAS NEREO, et al.,

                Plaintiffs,

                                                                22 civ 9505 (JGK)

      -against-

SHLEPPERS HOLDINGS, LLC, et al.,

                Defendants.
-----------------------------------------------------------X

## ORDER

The plaintiffs filed an application for default on February 10, 2023.

The plaintiffs shall file a revised application for default, via order to show cause and pursuant to this Court's rules, by **February 24, 2023**. The defendant's shall file a response by **March 6, 2023**. The plaintiffs shall file any replies by **March 10, 2023.**

The defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial.

The conference scheduled for Tuesday, February 28, 2023, at 12:00pm, is canceled..

**SO ORDERED.**

                                                                       **JOHN G. KOELTL**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 16, 2023