**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------X

LUCAS NEREO, ARMANDO IZALDE, and DANIEL MONTACHANA,

           Plaintiffs,           Case No.: 22-cv-09505-JGK

-against-                                         **PROPOSED**
                                                   **DEFAULT JUDGMENT**

SHLEPPERS HOLDINGS, LLC d/b/a SHLEPPERS MOVING & STORAGE., UNIVERSAL MOVING LLC, and ERNESTO DEL VALLE individually,
           Defendants.
-------------------------------------------X

This action having been commenced on November 9, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant <u>Schleppers Holdings, LLC d/b/a Shleppers Moving & Storage</u> and <u>Universal Moving LLC</u> on November 22, 2022 by service through the Secretary of State, proof of service having been filed with the Court (Dkt # 6) and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendants, jointly and severally, in the following amounts:

1.     $67,900.00 for Plaintiff Nereo in base damages with interest at 9% from (date) _____ until (date) _____ in the amount of $_____;

2.     $67,900.00 for Plaintiff Nereo in liquidated damages;

3.     $10,000.00 for Plaintiff Nereo for Wage Statement and Notice damages;

4.     $140,650.00 for Plaintiff Izalde in base damages with interest at 9% from (date) _____ until (date) _____ in the amount of $_____;

5.     $140,650.00 for Plaintiff Izalde in liquidated damages;

6.     $10,000.00 for Plaintiff Izalde for Wage Statement and Notice damages;

7.     $48,500.00 for Plaintiff Montachana in base damages with interest at 9% from (date) _____ until (date) _____ in the amount of $_____;

8.      $48,500.00 for Plaintiff Montachana in liquidated damages; and,

9.      $10,000.00 for Plaintiff Montachana for Wage Statement and Notice damages;

with interest at 9% from (date)_____until (date) _____, in the amount of $_____ pursuant to CPLR § 5004 to be calculated by the Clerk plus attorneys' fees and costs to be determined based on a subsequent submission;

Dated:  New York, New York
        _____ ____, 2023

                                        So Ordered:


                                        _____
                                        U.S.D.J.