```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUCAS NEREO, ET AL.,

                Plaintiffs,

   - against -

SHLEPPERS HOLDINGS, LLC, ET AL.,

                Defendants.

22-cv-9505 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    On February 23, 2023, the plaintiffs filed a revised application for default against defendants Shleppers Holdings, LLC and Universal Moving LLC. ECF No. 14. Pursuant to this Court's scheduling order, the defaulting defendants had until March 6, 2023 to respond, and the plaintiffs had until March 10, 2023 to reply. ECF No. 13.

    On March 3, 2023, Shleppers Holdings responded to the revised application for default, asking the Court to deny the application for a default judgment, vacate the Clerk's certificate of default, and accept Shleppers Holdings' answer as timely served. ECF No. 22. Universal Moving LLC has not responded to the revised application for default.

    The time for the plaintiffs to file a reply to Shleppers Holdings' response is extended to **April 3, 2023**. The time for Universal Moving to respond to the plaintiffs' application is also extended to **April 3, 2023**. Universal Moving is reminded that failure to respond to the application may be grounds for granting a default judgment against Universal Moving.

The plaintiff is directed to serve a copy of this Order on Universal Moving by **March 27, 2023** and to file proof of service by **March 28, 2023.**

SO ORDERED.
Dated:   New York, New York
         March 23, 2023

                                         /s/ John G. Koeltl
                                         John G. Koeltl
                                         United States District Judge