UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCAS NEREO, ET AL.,

                    Plaintiffs,

        22-cv-9505 (JGK)

    - against -

        ORDER

SHLEPPERS HOLDINGS, LLC, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    On February 23, 2023, the plaintiffs filed a revised motion for default judgment against defendants Shleppers Holdings, LLC ("Shleppers") and Universal Moving LLC ("Universal Moving"). ECF No. 14. On March 3, 2023, Shleppers asked the Court to deny the motion, vacate the Clerk's certificate of default, and accept Shleppers's answer as timely served. ECF No. 22. The plaintiffs now concede that Shleppers has established entitlement to have the default vacated, and the plaintiffs do not object to Shleppers's application to do so. ECF No. 26; see also Pecarsky v. Galaxiworld.com Ltd., 249 F.3d 167, 171 (2d Cir. 2001). Accordingly, the default entered against Shleppers is **vacated**, and the motion for a default judgment against Shleppers, ECF No. 14, is **denied**. Shleppers may file its proposed answer to the complaint, which the Court will accept as timely filed.

    The time for Universal Moving to respond to the plaintiffs' application for default judgment against Universal Moving

remains **April 3, 2023,** and Universal Moving once again is reminded that failure to respond to the application may be grounds for granting a default judgment against Universal Moving. See ECF No. 24 at 1.

The plaintiffs are directed to serve a copy of this Order on Universal Moving by **March 31, 2023** and to file proof of service the same day. Because the motion for default judgment against Universal Moving remains outstanding, the Clerk is directed not to close ECF No. 14.

**SO ORDERED.**

Dated:   New York, New York
         March 30, 2023

/s/ John G. Koeltl
John G. Koeltl
**United States District Judge**