**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------X

LUCAS NEREO, ARMANDO IZALDE, and DANIEL
MONTACHANA,

                         Plaintiffs,                     Case No.: 22-cv-09505-JGK

-against-                                                **PROPOSED**
                                                         **DEFAULT JUDGMENT**

SHLEPPERS HOLDINGS, LLC d/b/a SHLEPPERS MOVING
& STORAGE., UNIVERSAL MOVING LLC, and ERNESTO
DEL VALLE individually,
                         Defendants.
----------------------------------------------X

This action having been commenced on November 9, 2022 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on Defendant Universal

Moving LLC on November 22, 2022 by service through the Secretary of State, proof of service

having been filed with the Court (Dkt # 6) and the Defendants not having answered the Complaint,

and the time for answering the Complaint having expired, it is

      ORDERED ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendants, jointly and severally, in the following amounts:

1.     $67,900.00 for Plaintiff Nereo in base damages with interest at 9% from (date) _____ until (date) _____ in the amount of $_____;

2.     $67,900.00 for Plaintiff Nereo in liquidated damages;

3.     $10,000.00 for Plaintiff Nereo for Wage Statement and Notice damages;

4.     $140,650.00 for Plaintiff Izalde in base damages with interest at 9% from (date) _____ until (date) _____ in the amount of $_____;

5.     $140,650.00 for Plaintiff Izalde in liquidated damages;

6.     $10,000.00 for Plaintiff Izalde for Wage Statement and Notice damages;

7.     $48,500.00 for Plaintiff Montachana in base damages with interest at 9% from (date) _____ until (date) _____ in the amount of $_____;

8.     $48,500.00 for Plaintiff Montachana in liquidated damages; and,

9.      $10,000.00 for Plaintiff Montachana for Wage Statement and Notice damages;

with interest at 9% from (date)_____until (date) _____, in the amount of $_____

pursuant to CPLR § 5004 to be calculated by the Clerk plus attorneys' fees and costs to be determined

based on a subsequent submission;


Dated:  New York, New York
        _____ ____, 2023

                                                So Ordered:


                                                ___ _____
                                                U.S.D.J.