UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCAS NEREO, ET AL.,

              Plaintiffs,

- against -

SHLEPPERS HOLDINGS, LLC, ET AL.,

              Defendants.

22-cv-9505 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    On February 10, 2023, the Clerk of Court issued a certificate of default against defendant Universal Moving LLC ("Universal Moving"). ECF No. 12. On April 15, 2023, the Court entered an order to show cause why a default judgment should not be entered against Universal Moving. ECF No. 35. The plaintiffs timely served the order to show cause on Universal Moving. ECF Nos. 36, 37. The deadline for Universal Moving to respond to the order to show cause was May 5, 2023, ECF No. 35, but to date, Universal Moving has failed to respond. Accordingly, the plaintiffs are entitled to a default judgment against Universal Moving. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:    New York, New York
           June 23, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge