UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCAS NEREO, ET AL.,

              Plaintiffs,

- against -

SHLEPPERS HOLDINGS, LLC, ET AL.,

              Defendants.

---

22-cv-9505 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The reference for an inquest on damages against Universal Moving LLC, ECF No. 43, is **withdrawn**. The plaintiffs remain entitled to a default judgment as to liability against Universal Moving, see ECF No. 42, but any request for a default judgment against Universal Moving with respect to damages should be made only after the claims against Shleppers Holdings, LLC, the appearing defendant, are resolved. See, e.g., Sun v. GTV Media Grp. Inc., No. 21-cv-4529, 2022 WL 4115221, at *2 (S.D.N.Y. Sept. 9, 2022) (explaining that where, as here, plaintiffs seek joint and several liability, and "some but not all defendants have defaulted," "courts have consistently held that it is appropriate to enter judgment solely as to liability and not as to the amount of damages to be assessed against the defaulting party, since a separate determination of damages would pose the prospect of

2

inconsistent judgments"), <u>report and recommendation adopted</u>, No. 21-cv-4529, 2023 WL 112745 (S.D.N.Y. Jan. 5, 2023).

**SO ORDERED.**

**Dated:**     **New York, New York**
               **June 23, 2023**

                                            _____
                                                     **John G. Koeltl
                                         United States District Judge**