UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS NEREO, et al.,

               Plaintiffs,

     -against-

SHLEPPERS HOLDINGS, LLC, et al.,

               Defendants.

22-CV-9505 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The deadline for the parties to submit the post-discovery joint status letter pursuant to Individual Rule 3(d) elapsed on January 17, 2024. ECF No. 63. The parties are directed to file this letter no later than **January 22, 2024**.

Dated: January 19, 2024
       New York, New York

                                     SO ORDERED.

                                     *Jessica Clarke*
                                   JESSICA G. L. CLARKE
                                   United States District Judge