UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS NEREO, et al.,

                Plaintiffs,

-against-

SHLEPPERS HOLDINGS, LLC, et al.,

                Defendants.

22-CV-9505 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Consistent with the Court's Order on the record on February 21, 2024, counsel for Defendant Shleppers Holdings, LLC ("Shleppers") shall provide Plaintiff and the Court with an affidavit regarding Defendant's process for storage of bills of lading no later than **March 1, 2024.**

    Defendant Shleppers shall produce, no later than **March 19, 2024**: (1) printouts from the Shleppers system with respect to the jobs performed by Defendant Universal Moving LLC on behalf of Defendant Shleppers during Plaintiffs' employment, (2) the weekly summaries regarding the same and (3) one representative copy of a bill of lading for each year from 2019 to 2022.

    All other rulings regarding the parties' discovery disputes, *see* ECF No. 69, were issued on the record.

    The deadline for the completion of discovery is hereby EXTENDED to **May 3, 2024**. The parties shall submit the post-discovery joint status letter pursuant to Individual Rule 3(d) no later than **May 10, 2024**.

    The deadline for filing opening summary judgment briefs is **June 28, 2024**. Opposition is due **July 26, 2024**. Reply is due **August 9, 2024**.

Dated: February 23, 2024
       New York, New York

                                               SO ORDERED.

                                               *Jessica Clarke*

                                               JESSICA G. L. CLARKE
                                             United States District Judge