UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS NEREO, et al.,

        Plaintiffs,

-against-

SHLEPPERS HOLDINGS, LLC, et al.,

        Defendants.

22-CV-9505 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The parties are directed to comply with the Court's Individual Rule 4(f)(ii), including with respect to the filing of a joint Rule 56.1 Statement setting out all facts on which the parties agree.

Dated: July 3, 2024
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge