UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LUCAS NEREO, ARMANDO IZALDE, AND DANIEL MONTACHANA,

                        Plaintiffs,

   - against -

SHLEPPERS HOLDINGS, LLC D/B/A SHLEPPERSMOVING & STORAGE., UNIVERSAL MOVING LLC, AND ERNESTO DEL VALLE INDIVIDUALLY,

                        Defendants.
------------------------------------------------------------------X

Case No.: 22-cv-9505-JGK

**PLAINTIFF LUCAS NEREO'S STATEMENT**

Yo, Lucas Nereo, indique lo siguiente bajo pena de prejurio:

1. Durante el transcurso de mi empleo con "Schleppers Holdings, LLC d/b/a Schleppers Moving and Storage., Universal Moving LLC, y Ernesto Del Valle," los Demandantes nunca me proporcionaron comprobantes de salario ni los avisos de salario correspondientes.
2. Como resultado de esta omisión, no recibí el pago adecuado.
3. Como resultado de esta omisión, no sabía cuánto se me pagaba semanalmente ni la razón del monto recibido y no podía confirmar que me estaban pagando correctamente.
4. Todos los pagos que recibí fueron realizados a través de Zelle, sin ninguna indicación del periodo de tiempo al que correspondían ni el motivo de pago.
5. Los pagos recibidos tampoco indicaban como se calculaba la tarifa o el monto de salario.
6. Como resultado, no contaba con los elementos necesarios para reclamar que debíamos recibir un pago mayor.
7. Si hubiera tenido conocimiento del monto exacto por el cual se me estaba pagando de menos, habría podido ejercer mi derecho a reclamar oportunamente.
8. Esta situación fue un problema constante durante todo mi empleo.

Date: April 10, 2025

Astoria, New York

_____
Lucas Nereo

_____
Notary Public



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X

LUCAS NEREO, ARMANDO IZALDE, AND DANIEL MONTACHANA,

               Plaintiffs,

- against -

SHLEPPERS HOLDINGS, LLC D/B/A SHLEPPERSMOVING & STORAGE., UNIVERSAL MOVING LLC, AND ERNESTO DEL VALLE INDIVIDUALLY,

               Defendants.
----------------------------------------------------------------------X

Case No.: 22-cv-9505-JGK

**PLAINTIFF LUCAS NEREO'S STATEMENT**

I, Lucas Nereo, state the following under penalty of perjury:

1. During the course of my employment with "Schleppers Holdings, LLC d/b/a Schleppers Moving and Storage., Universal Moving LLC, and Ernesto Del Valle," the Defendants never provided me with pay stubs or wage statements.
2. As a result of this omission, I did not receive the correct payment.
3. As a result of this omission, I did not know how much I was being paid weekly nor the reason I was being paid that amount and I could not confirm the Defendants were paying me correctly.
4. All the payments I received were received through Zelle, without any indication of the period of time I was being paid for nor the reason for the payment.
5. The payments I received also did not indicate how the rate of pay was calculated nor the salary amount.
6. As a result of this, I did not have the necessary elements to claim that I should have received a higher rate of pay.
7. If I had known the exact amount by which I was being underpaid, I would have been able to exercise my right to claim it in a timely manner.
8. This situation was a constant problem during my entire employment.

## CERTIFICATE OF TRANSLATION

I, Giovanna Cortes, am competent to translate from Spanish to English, and certify that the translation of the Statement from Lucas Nereo Case No.: 22-cv-9505-JGK of the United States District Court, Southern District of New York, on 04/10/2025 is true and accurate to the best of my abilities.

Signature of Translator

04/10/2025

Date