

**WRITER'S ADDRESS:**
420 Lexington Avenue
Suite 2104
New York, NY 10170
P 212-434-0101
F 212-434-0105

**Edward Fogarty, Jr.**
**Email: Fogarty@LitchfieldCavo.com**

August 6, 2025

**PERSONAL AND CONFIDENTIAL**
Hon. Jessica G. L. Clarke: clarkenysdchambers@nysd.uscourts.gov
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    Lucas Nereo, Armando Izalde, and Daniel Montachana v. Shleppers Holdings, LLC d/b/a
           Shleppers Moving & Storage, Universal Moving LLC, and Ernesto Del Valle
           individually
           Case No.:      22-cv-09505-JGK
           Our File No.:  7148-1

Dear Honorable Jessica Clarke:

    I represent the defendant Shleppers Holdings, LLC d/b/a Shleppers Moving & Storage in the
above matter.

    I submit this letter as part of a formal request for a sixty (60) day extension of all deadlines
presently pending before this Court, including pre trial submissions and the trial in this action presently,
scheduled for September 15,2025.

     I had left ankle replacement surgery on July 11, and was non weight bearing on the left side after
that surgery. During my convalescence on July 22, I ruptured the quadriceps tendon in my right leg which
required surgery (performed July 23) and hospital confinement as I am non weight bearing on both sides.
I have been in the hospital since that time. I continue essentially non weight bearing bilaterally with a full
cast on my right leg, and have moved to a full brace on the left.

    I am awaiting transfer to an in patient rehabilitation facility, for a prescribed two week stay, which
will hopefully occur over the next few days. Thereafter I am expected to continue with an out patient
rehabilitation facility program on a 4 day / week basis for 30 days, to aid in recovery, still requiring
assistive devices including a walker and crutches as my rehabilitation continues.

    I my present situation, I am unable to gain complete access to all my relevant files, and unable to
prepare the case for trial. My confinement precludes not only proper access for pre trial filing but trial
preparation. In view of the issues created by the required second surgery and subsequent confinement, I

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Kansas City | Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia
Phoenix | Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com



Page 2

respectfully request the Court grant at least a 60 day adjournment of all existing deadlines, to allow me a reasonable time to heal and properly represent my client. I thank the Court for its consideration of this request.

Very Truly Yours,

*Edward Fogarty, Jr.*
Edward Fogarty, Jr.

EF:mb

cc:
Jesse C. Rose, Esq.
The Rose Law Group, PLLC
jrose@theroselawgroup.com