

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
P 212-434-0101
F 212-434-0105

**Edward Fogarty, Jr.**
Email: Fogarty@LitchfieldCavo.com

September 26, 2025

**PERSONAL AND CONFIDENTIAL**
Hon. Jessica G. L. Clarke: clarkenysdchambers@nysd.uscourts.gov
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    Lucas Nereo, Armando Izalde, and Daniel Montachana v. Shleppers Holdings, LLC d/b/a Shleppers Moving & Storage, Universal Moving LLC, and Ernesto Del Valle individually
           Case No.:    22-cv-09505-JGK
           Our File No.:  7148-1

Dear Honorable Jessica Clarke:

    I represent the defendant Shleppers Holdings, LLC d/b/a Shleppers Moving & Storage in the above matter, and submit this joint letter in response to the Court's directive of September 24, 2025.

    I still have extremely limited mobility and am in rehab recovering from left ankle replacement surgery on July 11 and surgery to repair a ruptured the quadriceps tendon in my right leg performed July 23, 2025. I have not yet returned to commuting and am generally limited to home and medical appointments as I progress in rehab. I will require various braces and devices, and will need these it is expected through the end of October with rehab continuing on a 3 times a week basis.

    In conference with Plaintiffs' counsel, he has trial schedule conflicts in November and I have a matter scheduled for trial December 8.

    The parties are available for trial, subject to the Court's schedule, January 5 or 12, with January 12, 2026 being the preferred date. I have another matter scheduled for trial January 26, 2026. If the Court requires additional dates, the parties can supply them. The parties also agree that prior to any scheduling deadlines set by the Court, a settlement conference might be helpful.

    The parties thank the Court for its consideration of this information.

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Kansas City | Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia
Phoenix | Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com



Page 2

                                                   Very Truly Yours,

                                                   *Edward Fogarty, Jr.*
                                                   Edward Fogarty, Jr.

EF:mb

cc:
Jesse C. Rose, Esq.
The Rose Law Group, PLLC
jrose@theroselawgroup.com