```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS NEREO, ET AL.,

                Plaintiffs,

-v-

SHLEPPERS HOLDINGS, LLC, ET AL.,

                Defendants.

**ORDER**

22-CV-9505 (JGLC)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated October 1, 2025, this case was referred to the undersigned for settlement. ECF No. 101.

A conference is scheduled on **October 22, 2025, at 2:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 733 617 461#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 2, 2025
       New York, New York

                                                  _____
                                                  Henry J. Ricardo
                                                  United States Magistrate Judge