USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS NEREO, *et al.*,

            Plaintiffs,

-v-

SHLEPPERS HOLDINGS, LLC, *et al.*,

           Defendants.

**ORDER**

22-CV-9505 (JGLC)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 22, 2025, the Court held a conference with the Parties to discuss the settlement process. The Parties expressed interest in participating in a settlement conference during the week of December 15, 2025, subject to client availability. Counsel shall confer with their clients and file a joint letter by **October 29, 2025** providing the Parties' availability for a settlement conference during the week of December 15, 2025, or on another date that is convenient for the Parties.

**SO ORDERED.**

Dated: October 22, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge