```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS NEREO, *et al.*,

                Plaintiffs,

-v-

SHLEPPERS HOLDINGS, LLC, *et al.*,

                Defendants.

**ORDER**

22-CV-9505 (JGLC)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' October 30, 2025 letter requesting a one-week extension of the deadline to inform the Court regarding availability for a settlement conference. ECF No. 104. The request is **GRANTED**. The Parties are directed to file a joint letter by **November 6, 2025** regarding their availability.

**SO ORDERED.**

Dated: October 30, 2025
       New York, New York

                                              Henry J. Ricardo
                                              United States Magistrate Judge