UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS NEREO, *et al.*,

                Plaintiffs,

      -v-

SHLEPPERS HOLDINGS, LLC, *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2025

**ORDER**

22-CV-9505 (JGLC)

**HENRY J. RICARDO, United States Magistrate Judge.**

     On October 22, 2025, the Court held a conference with the Parties to discuss the settlement process. Thereafter, the Court directed the parties to submit a joint letter by October 29, 2025 with their availability for a settlement conference during the week of December 15, 2025. ECF No. 103. At the parties' request, the Court granted a one-week extension of time to submit their joint availability, to November 6, 2025. ECF No. 105. To date, the parties have not submitted their joint availability for a settlement conference.

     Accordingly, the Court *sua sponte* grants a final extension of time for the parties to provide their availability for a settlement conference, to **November 14, 2025**. If the parties do not provide their joint availability by that date, the Court will unilaterally select the date on which the parties, including client representatives, will be required to attend an in-person settlement conference.

**SO ORDERED.**

Dated: November 12, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge