UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS NEREO, *et al.*,

                Plaintiffs,

-v-

SHLEPPERS HOLDINGS, LLC, *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025

**ORDER**

22-CV-9505 (JGLC)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' November 14, 2025 letter stating that they have agreed to a settlement in principle and requesting 30 days to complete the settlement. ECF No. 107. The request is **GRANTED**, and the Parties shall submit the settlement agreement by **December 15, 2025**. If the Parties would like to consent to Magistrate Judge jurisdiction, they must submit to Judge Clarke for signature the form located at: https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

**SO ORDERED.**

Dated: November 17, 2025
       New York, New York

                                          _____
                                          Henry J. Ricardo
                                          United States Magistrate Judge