UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

LUCAS NEREO, *et al.*,

                Plaintiffs,

      -v-

SHLEPPERS HOLDINGS, LLC, *et al.*,

                Defendants.

**ORDER**

22-CV-9505 (JGLC)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' December 15, 2025 letter, ECF No. 109, requesting an extension of time to submit the required papers in settlement of this action. The request is **GRANTED**, and the parties shall submit their settlement agreement by **December 31, 2025**. If the Parties would like to consent to Magistrate Judge jurisdiction, they must submit to Judge Clarke for signature the form located at: https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

**SO ORDERED.**

Dated: December 16, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1