UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS NEREO, et al.,

                              Plaintiffs,

                -against-                            22-CV-9505 (JGLC)

SHLEPPERS HOLDINGS, LLC,                            **<u>ORDER</u>**

                              Defendants.

JESSICA G. L. CLARKE, United States District Judge:

The Court understands that Plaintiffs and Defendant Shleppers Holdings, LLC

(collectively, "Appearing Parties"), consent to Magistrate Judge Ricardo's jurisdiction. However,

because not all parties have appeared and thus cannot consent to having this matter referred in its

entirety, the Court cannot order that this case be referred to Judge Ricardo. *See* ECF No. 111.

Instead, to allow the undersigned to refer the sole remaining issue between the Appearing Parties

(the *Cheeks* review) to Judge Ricardo, the Court directs the Appearing Parties, if they consent, to

fill out and file the following form: https://www.nysd.uscourts.gov/sites/default/files/2018-

06/AO-4.pdf.

Plaintiffs are further directed to file a separate letter by **January 12, 2026**, explaining

whether they intend to proceed against the non-appearing Defendants.

Dated: January 5, 2026
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge