UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCAS NEREO, ARMANDO IZALDE, and
DANIEL MONTACHANA,

                    Plaintiffs,

          -against-

SHLEPPERS HOLDINGS, LLC d/b/a SHLEPPERS
MOVING & STORAGE, et al.,,

                    Defendants.

22-CV-9505 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      For the reasons stated in Magistrate Judge Henry Ricardo's Order on February 20, 2026, the Court has approved the settlement. The Clerk of Court is accordingly directed to close the case.

Dated:  March 11, 2026
        New York, New York

                  SO ORDERED.

                  JESSICA G. L. CLARKE
                  United States District Judge